

May 31, 2024                                                          Via ECF

Hon. Lyle W. Cayce
Clerk of Court
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

**Re:** *White Hat v. Murrill*, **Case No. 24-30272**
      **Unopposed Level 1 Extension Request**

Dear Mr. Cayce,

Plaintiffs' opening brief in the above-referenced matter is currently due on June 24, 2024. Plaintiffs request a level 1, 30-day extension of this deadline to July 24, 2024. All opposing counsel consent to this request.

The reasons for the extension are that Plaintiffs' lead counsel will be undertaking work-related travel in the coming weeks, including in another complex case that was calendared before this briefing deadline was confirmed. Plaintiffs' therefore respectfully request an extension of their briefing deadline to July 24, 2024. This is the first time Plaintiffs' have made such a request in this matter.

I thank you for your attention to this, and am available should you require anything further.

With best regards,

*[signature]*

Pamela C. Spees
Attorney for Plaintiffs

cc: Opposing Counsel, via this court's electronic case-filing system